IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES ALLAN CORNERS,

     Petitioner,

  v.

UNITED STATES OF AMERICA,

     Respondent.

Cr. S-02-0134 DFL
Civ. S-05-0077 DFL
<u>ORDER</u>

    Petitioner James Allan Corners ("Corners") requests appointment of counsel. Corners has no right to counsel in this action. However, the court has discretion to appoint counsel to represent any financially eligible person seeking relief under 28 U.S.C. § 2255, if the court determines that "the interests of justice so require." 18 U.S.C. § 3006A.

    Having reviewed the § 2255 motion, the court does not find the appointment of counsel warranted at this time. Petitioner's

////

////

////

1

request is DENIED.

    IT IS SO ORDERED.

Dated: 4/29/2005

/s/ David F. Levi

DAVID F. LEVI
United States District Judge