DANIEL J. BRODERICK, Bar #89424
Federal Defender
LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JAMES ALLAN CORNERS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-S-02-134-DFL/GGH |
| Plaintiff, | |
| v. | REQUEST FOR ORDER AND ORDER RETURNING PASSPORT TO THE DEFENDANT |
| JAMES ALLAN CORNERS, | |
| Defendant. | |
| | Judge: Hon. Gregory G. Hollows |

On or about October 22, 2002, an original passport of the above referenced defendant was deposited in the Clerks Office of the Eastern District of California, receipt #055208529.

On or about May 24, 2004, Mr. Corners was sentenced to 24 months BOP and thereafter surrendered for service of his sentence at Taft, California where his sentence was completed. He was released from that facility on March 20, 2006.

It is hereby requested that the defendant's passport be released to the defendant, JAMES ALLAN CORNERS, and that the Clerk of the Court be directed to return the passport which was received by the Clerk on

or about October 22, 2002.

Dated:   January 24, 2007

```
                                  Respectfully submitted,

                                  DANIEL J. BRODERICK
                                  Federal Defender


                                  /s/ Linda C. Harter
                                  _____
                                  LINDA C. HARTER
                                  Chief Assistant Federal Defender
                                  Attorney for Defendant
                                  JAMES ALLAN CORNERS
```

### O R D E R

IT IS HEREBY ORDERED that the original passport of JAMES ALLAN CORNERS, Receipt #055208529, be returned by the Clerk of the District Court to James Allan Corners, 675 Sunset Drive, Paradise, CA 95969.

Dated: 1/29/07

```
                                  /s/ Gregory G. Hollows
                                  _____
                                  GREGORY G. HOLLOWS
                                  United States District Court
```

corners.ord