PROB 35            **ORDER TERMINATING SUPERVISED RELEASE**
**PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT**
**FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs.  ) | **Docket Number: 2:02CR00134-01** |
| ) | |
| **JAMES ALLAN CORNERS** ) | |
| ) | |

On March 20, 2006, the above-named was placed on Supervised Release for a period of 3 years.  Mr. Corners has complied with the rules and regulations of supervision.  It is accordingly recommended that he be discharged from supervision.

                             Respectfully submitted,

                             /s/ Jefffrey C. Oestreicher

                             **JEFFREY C. OESTREICHER**
                             **United States Probation Officer**

Dated:       April 22, 2008
                Redding, California

                             /s/ Richard A. Ertola

**REVIEWED BY:**          ———————————————

                             **RICHARD A. ERTOLA**
                             **Supervising United States Probation Officer**

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG

Re: **CORNERS, JAMES ALLAN**
    **Docket Number:   0972 2:02CR00134**
    **ORDER TERMINATING SUPERVISED RELEASE**
    **PRIOR TO EXPIRATION DATE**

## ORDER OF COURT

It is ordered that the releasee be discharged from supervised release, and that the proceedings in the case be terminated.

|  |  |
|---|---|
| 5/7/2008 | /s/ John A. Mendez |
| **Date** | **HONORABLE JOHN A. MENDEZ** |
|  | **United States District Judge** |

Attachment:   Recommendation
cc:     United States Attorney's Office

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG